Hilda B. JACKSON, Plaintiff—
Appellant,

v.

CAROLINAS HEALTHCARE SYSTEM;
Jeffrey Norville, Director; Charles
Case, Manager; Jennifer Passantino,
Supervisor; Helen Moore, Employee
Relations Manager, Defendants—Appellees.

No. 08–1189.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2008.

Decided: April 29, 2008.

Hilda B. Jackson, Appellant Pro Se.
Kimberly Quade Cacheris, Benjamin R.
Holland, McGuirewoods, LLP, Charlotte,
North Carolina, for Appellees.

Before KING and SHEDD, Circuit
Judges, and WILKINS, Senior Circuit
Judge.

PER CURIAM:

Hilda B. Jackson seeks to appeal the
district court's order denying her claims of
employment discrimination.* We dismiss
the appeal for lack of jurisdiction because
the notice of appeal was not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judgment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6).
This appeal period is "mandatory and jurisdictional." *Browder v. Dir., Dep't of
Corr.,* 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson,* 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered
on the docket on December 6, 2007, 2007
WL 4287749. The notice of appeal was
filed on January 31, 2008. Because Jackson failed to file a timely notice of appeal
or to obtain an extension or reopening of
the appeal period, we grant Appellees' motion to dismiss and dismiss the appeal.
We dispense with oral argument because
the facts and legal contentions are adequately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*

* This case was decided by the magistrate judge upon consent of the parties under 28 USC § 636(c) (2000).